THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
 
THE STATE OF SOUTH CAROLINA
 In The Supreme Court

 
 
 
 
 Walter Ray Brown, Petitioner,
 
 
 

v.
 
 
 
 
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Charleston County
 Lee S. Alford, Trial Judge
 Deadra L. Jefferson, Post-Conviction Relief Judge

Memorandum Opinion No. 2004-MO-043
 Submitted January 22, 2004 - Filed August 9, 2004

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 
 Tara Dawn Shurling, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, and Deputy Attorney General Donald J. Zelenka, all 
 of Columbia, for Respondent.
 
 
 

___________
PER CURIAM:  Walter Brown (petitioner) asserts 
 that his trial counsel (counsel) was ineffective for failing to adequately challenge 
 the testimony of the States primary witness during petitioners trial for attempted 
 first-degree burglary.  After a full review of the record on appeal, we dismiss 
 certiorari as improvidently granted.
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.